UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24404-CIV-UNGARO/O'SULLIVAN

SUTTON NATIONAL INSURANCE
HOLDINGS, LLC, et al,

    Plaintiffs,

v.

ATLAS GENERAL HOLDINGS, LLC,
et al,

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court pursuant to the Defendant's Motion for Leave to File Sur-Reply (DE # 21, 12/26/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiffs and a response having been due, it is

ORDERED AND ADJUDGED that the Defendant's Motion for Leave to File Sur-Reply (DE # 21, 12/26/19) is GRANTED. The defendant shall file its sur-reply on or before January 21, 2020.

DONE AND ORDERED in Chambers at Miami, Florida, this **14th** day of January, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE