**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-24404-UU

SUTTON NATIONAL INSURANCE
HOLDINGS, LLC, *et al.*,

      Plaintiffs,

v.

ATLAS GENERAL HOLDINGS, LLC, *et al.*,

      Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Report and Recommendation, issued by Magistrate Judge John J. O'Sullivan on February 27, 2020. D.E. 24. Magistrate Judge O'Sullivan recommended that Plaintiffs' Motion for Fees and Costs, D.E. 12, be DENIED.

The Parties' objections to the Report were due by March 12, 2020, and no party has filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is thus ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Magistrate Judge O'Sullivan's Report and Recommendation, D.E. 24, is RATIFIED, AFFIRMED and ADOPTED. Plaintiffs' Motion for Fees and Costs, D.E. 12, is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf